UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE 1 STOP MD, LLC,
Plaintiff,

Case No: 8:22-cv-00602

v.

PODS USA LLC,
Defendant.

_____

## COMPLAINT

The Plaintiff, THE 1 STOP MD, LLC, sues the Defendant, PODS USA LLC, and states as follows:

### JURISDICTION AND VENUE

1. The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 as the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States or is between citizens of a State and citizens or subjects of a foreign state.

2. The Defendant PODS USA LLC ("PODS") is on information and belief a limited liability company registered in the State of Delaware at 3411 Silverside Road, Suite 104, Tatnall Building, Wilmington, DE 19810-4809.

3. The Plaintiff THE 1 STOP MD, LLC is a Georgia limited liability company that is registered to do business in Florida a has its principal place of business in the State of Florida.

4. Venue is proper in this district pursuant to 28 U.S.C.A. § 1391 because there is no district in which an action may otherwise be brought as provided in section 1391. As such, venue is appropriate in any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

5. The Court has personal jurisdiction over the Defendant because it is operating, conducting, engaging in, or carrying on a business or business venture in this state or has an office or agency in this state, and by committing a tortious act within this state.

## ALLEGATIONS COMMON TO ALL COUNTS

6. On January 18, 2022, the Defendant PODS entered into a contract to supply 100,000 iHealth Rapid Antigen Self Tests at the rate of $14.00 per box. The transaction was documented in POD's Invoice No. 10-2022-0117, which provided in relevant part as follows:

> Terms and conditions
> - DDP prices
> - 100% payment in advance
> - Delivery within 1 week after receiving 100% payment

7. On the same date as the Invoice, the Plaintiff wired the sum of $1,400,000.00 on January 18, 2022 to the Defendant's bank account in Providence, Rhode Island. As such, the Defendant PODS was contractually obligated to deliver 100,000 test kits within seven days - on or before January 25, 2022.

8. Before entering into the written contract, the Plaintiff was verbally promised delivery in full within 4-7 business days.

9. As of February 17, 2022, the Plaintiff had received small amounts of the promised goods via DHL from Hong Kong totaling 45,900 units, which shipments were only trickling in.

10. On the date of the contract, Plaintiff had multiple orders at a market rate of approximately $18-$20 per test kit. If Defendants had complied with the contract delivery date, Plaintiff would have made a profit on the transaction.

11. Once the Defendant PODS breached the contract, the Plaintiff demanded a refund of $792,680.00 for the price of the product the Defendant PODS had failed to deliver. Defendant refused.

12. All conditions precedent to the maintenance of this action have occurred, have been performed, or have been waived.

13. The Plaintiff has had to retain the undersigned attorney to represent him in this matter, and has agreed to pay a reasonable fee for his services.

## COUNT I
### (Breach of Contract)

14.   The Plaintiff realleges and incorporates herein by reference the allgations of paragraphs 1 - 13 above.

15. On January 18, 2022, the parties entered into a valid and binding contract for the Defendant to deliver 100,000.00 test kits in exchange for prepayment of $1,400,000.00. An authentic copy of the contract is attached hereto as Exhibit "A."

16. The seven-day delivery term was a material and significant aspect of the contract.

17. The Defendants PODS breached the contract by failing to deliver 100,000 test kits within seven days, and by failing to refund $792,680.00 upon demand.

18. As a result of this breach, the Plaintiff sustained damages in the liquidated amount of $792,680.00.

WHEREFORE, the Plaintiff demands judgment for damages in the amount of $792,680.00 against the Defendants PODS, plus court costs and prejudgment interest, and for such other and further relief as the Court deems just and proper.

Dated: March 15, 2022

                                        */s/ R. Gale Porter, Jr.*
R. Gale Porter, Jr., FBN 578584
Attorney for Plaintiff
PORTER LAW GROUP LLC
Hyde House I Hyde Park Village
1646 W Snow Ave. Suite 17
Tampa, Florida 33606
P: 813.405.3100 / F: 813.603.6301
gale@porterlawgroup.net
**Service E-Mail:** Paralegal@PorterLawGroup.net